the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John E. Borden* for petitioners. *Mr. John J. Yowell* for respondent.

No. 965. SLATTERY ET AL. *v.* ILLINOIS BELL TELEPHONE Co. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. *Messrs. John E. Cassidy, Montgomery S. Winning,* and *Harry R. Booth* for petitioners. *Messrs. Kenneth F. Burgess, Leslie N. Jones,* and *W. Clyde Jones* for respondent.

No. 773. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* STILWELL. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. April 24, 1939. Dismissed on motion of counsel for the petitioner. *Solicitor General Jackson* for petitioner. *Mr. Herbert Pope* for respondent.

No. 829. MINNESOTA TAX COMMISSION ET AL. *v.* GEERY. On petition for writ of certiorari to the Supreme Court of Minnesota. April 24, 1939. Dismissed on motion of counsel for the petitioner. *Messrs. Alfred W. Bowen* and *Chester S. Wilson* for petitioners. No appearance for respondent.